

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00552-CV

**IN THE INTEREST OF S.P.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2007CI09346
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee recover his costs of appeal from appellant.

SIGNED December 30, 2020.

_____
Beth Watkins, Justice